**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| KRISTINA L. JOHNSON, ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| S.H.S. RESORT, LLC ) | CASE NO.: 8:09-cv-02035-SDM-EAJ |
| Defendant. | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

Defendant S.H.S. Resort, LLC (hereinafter "SHS" or "Defendant") respectfully moves this Honorable Court for leave to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Supporting Memorandum of Law, and states as follows:

**I.   FACTUAL AND PROCEDURAL BACKGROUND**

On July 15, 2010, Defendant filed a Motion for Summary Judgment. **(Dkt. 17).** On August 12, 2010, Plaintiff filed her Response in Opposition to Defendant's Motion for Summary Judgment. **(Dkt. 22).** A review of Plaintiff's Response reveals that it contains several factual inaccuracies and mischaracterizes the evidence. Defendant seeks leave to correct several material misstatements and factual inaccuracies contained in Plaintiff's Response to Defendant's Motion for Summary Judgment.

**II.   ARGUMENT**

Fla. M. D. L.R. 3.01(c) permits a party to file a Reply directed to a Response with leave of Court. Because a Reply is neither specifically prohibited nor provided for by the

Federal Rules of Civil Procedure, or the Court's Case Management and Scheduling Order, and the Local Rules expressly permit a party to file a reply with leave of Court, Defendant seeks leave of Court to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

Defendant requests leave to file a Reply to Plaintiff's Response to: (1) address Plaintiff's mischaracterization of the evidence pertaining to her alleged "constructive discharge;" and (2) address factual inaccuracies asserted in Plaintiff's Response, including misstatements about the discipline meted out to Mr. Patton, as well as Plaintiff's false allegation that she only decided to resign after allegedly being informed that her suspension was indefinite.[1]  Permitting Defendant to file a Reply to Plaintiff's Response will not unfairly prejudice Plaintiff in any way, and will not cause unnecessary delay.  Accordingly, should the Court enter an Order granting this Motion, Defendant requests leave to file a Reply within seven days of the date of any such Order.  Defendant does not anticipate any Reply will exceed five pages in length.

### III.    RULE 3.01(g) CERTIFICATION

In accordance with Fla. M.D. L.R. 3.01(g), I hereby certify that I have conferred in good faith with counsel for the Plaintiff regarding the relief sought in this motion, and counsel for the Plaintiff indicates that he opposes the relief sought in this motion.

---

[1] Plaintiff's sworn deposition testimony refutes this allegation in its entirety as Plaintiff conceded she began looking for work the first day after her suspension.

## IV. CONCLUSION

For all of the reasons set forth above, Defendant respectfully requests that this Court grant its Motion for Leave to File Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

WHEREFORE, Defendant respectfully requests that this Court: (i) grant its Motion for Leave to File a Reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and permit it to have seven days to file said Reply; and (ii) grant all such other and further relief which this Court deems just and proper.

Respectfully submitted this 23rd day of August, 2010.

FISHER & PHILLIPS LLP

 s/ Alva Cross Hughes
Christine E. Howard, Esq.
Florida Bar No.: 872229
choward@laborlawyers.com
Alva Cross Hughes, Esq.
Florida Bar No.: 0755621
acrosshughes@laborlawyers.com
401 E. Jackson Street, Suite 2300
Tampa, FL 33602
Telephone:   (813) 769-7500
Facsimile:   (813) 769-7501

3

## CERTIFICATE OF SERVICE

This is to certify that this 23rd day of August, 2010, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Gregory A. Owens
Florin, Roebig, P.A.
777 Alderman Road
Palm Harbor, FL 34683

s/ Alva Cross Hughes
Attorney